IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: APPOINTMENT OF JON B. WRIGHT
UNITED STATES PROBATION OFFICER

Miscellaneous No. 1:07MC 44

ORDER

ORDERED that Jon B. Wright is hereby appointed, with compensation, as a United States Probation Officer of this Court until further Order of the Court, in accordance with 18 U.S.C. § 3602(a). ORDERED that Martinsburg, West Virginia be designated as his official duty station.

This ORDER shall be effective as of September 3, 2007. The Clerk of the Court is directed to send a certified copy of this order to the said Jon B. Wright and to the Director of the Administrative Office of the United States Courts.

**ORDERED**, this 7th day of September 2007, by the United States District Court for the Northern District of West Virginia.

IRENE M. KEELEY
UNITED STATES DISTRICT CHIEF JUDGE